M. P. No. 1408. STEVEN KELLY, *p.p.a. et al. v.* BOYS' AND GIRLS' CAMPS, INC Motion for·leave to file petition for·writ of certiorari denied. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for plaintiffs-respondents. *Jordan,·Hanson & Curran, A. Lauriston Parks,* for defendant-petitioner.

APPEAL No. 1122. BEULAH MONTANARO *v.* GUILD METAL PRODUCTS, INC. Motion for a counsel fee and costs pursuant to G. L. 1956, §28-35-32, as amended, is granted, and petitioner awarded $1,500 as a counsel fee, same to ·be inclusive of all compensation for services before the trial commissioner, the full commission and Supreme ·Court. Petitioner further awarded $21.70 for costs of transcript. *Anthony DiPetrillo,* for petitioner. *Charles H. Anderson,* for respondent. ·

APPEAL No. 1220. MICHAEL S. TRINGA *v.* WILLIAM L. MURPHY. Motion for leave to reargue denied. *John F. McBurney, William J. Burke,* for plaintiff-appellee. *Dominic A. St. Angelo,* for defendant-appellant.

APPEAL No. 1338. NATALIE ANDERSON *et al. v.* ISIDORE KIRSHENBAUM. Appellant's motion for protection of the parties pending appeal is denied. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for plaintiffs-appellees. *Alfred Factor,* for defendant-appellant.

APPEAL No. 1360. SAMUEL CORRADO *et ux. v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion of appellant for extension of time for filing brief granted, and they are directed to file their brief on or before May 25, 1971. Motion of appellants for stay of proceedings is denied. *Samuel Corrado,* appellant, pro se. *Timothy J. McCarthy, Paul F. Casey,* for appellee.